# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00246-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL WAYNE MORGAN,

    Defendant.

---

## MINUTE ORDER[1]

---

On June 30, 2010, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 15, 2010**, at 2:30 p.m., the court shall conduct a change of plea hearing in this matter; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: June 30, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.