**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00246-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL WAYNE MORGAN,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on a request from the U.S Probation Department for the District of Colorado, to continue the sentencing hearing in this matter. The request is reasonable and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the request from the U.S. Probation Department for the District of Colorado is **GRANTED**;

2. That the sentencing hearing previously set for February 10, 2011, is **VACATED** and is **CONTINUED** to **April 8, 2011**, at 10:00 a.m.; and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: January 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.