**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00246-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL WAYNE MORGAN,

    Defendant.

**MINUTE ORDER**[1]

At the oral request of the defendant, the hearing set for March 24, 2011, commencing at 10:00 a.m., is **VACATED** and is **CONTINUED** to **11:00 a.m.** on this date. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: February 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.