**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Criminal Action No.  10-cr-00246-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL WAYNE MORGAN,

    Defendant.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON THE ENTRY OF A PLEA OF GUILTY**

**Blackburn, J.**

    On November 10, 2010, I conducted a change of plea hearing during which (1) the defendant, his counsel, counsel for the government, and I formally reviewed and considered the plea agreement of the parties as stated in Court's Exhibits 1 and 2 ("plea agreement"); (2) I rearraigned the defendant under Fed. R. Crim. P. 10; and (3) I formally advised the defendant and conducted providency proceedings under Fed. R. Crim. P. 11. Then, in response to the parties' **Joint Notice of Errors in Plea Agreement Which Do Not Affect Sentencing And Request for Readvisal As to Count Nine** [#50] filed February 17, 2011, I conducted a second and supplemental change of plea hearing on March 24, 2011, during which (1) the defendant, his counsel, counsel for the government, and I formally reviewed and considered the amended plea agreement of the parties as stated in Court's Exhibits A and B ("plea agreement"); (2) I rearraigned the defendant under Fed. R. Crim. P. 10 as to Count Nine of the Indictment only; and (3) I formally

advised the defendant and conducted limited, supplemental providency proceedings under Fed. R. Crim. P. 11.

Based upon my exchange and colloquy with the defendant in open court on the record; based upon the representations, remarks, and statements of counsel for the government and counsel for the defendant; based upon my review of the file and my review of the written plea agreement as stated in Court's Exhibits A and B, I enter the following additional and supplemental findings of fact and conclusions of law[1]:

That the defendant appeared to be alert and not under the influence of or impaired by drugs, narcotics, marihuana, alcohol, medication, or intoxicants;

That the defendant was competent and fully understood the nature, circumstances, and essential elements of the offense charged in Count Nine of the Indictment to which his plea of guilty was entered this date;

That the defendant's plea of guilty to Count Nine was made and entered voluntarily, knowingly, intelligently and intentionally, and was not the result of mistake; misunderstanding, fear, force, threats, coercion, or undue influence by anyone;

That the defendant's plea of guilty to Count Nine was not the result of any promise or inducement made by anyone, including legal counsel, except as previously indicated on the record and included in the written plea agreement;

That the defendant understood that the court will not be bound by any representations by anyone concerning the penalty to be imposed concerning Count Nine, except as specified in the plea agreement or on the record;

---

[1] These findings and conclusions supplement those I entered electronically on November 10, 2011. *See* Findings and Conclusions [#39] filed November 10, 2010.

That a factual basis existed to support and sustain the plea agreement and the defendant's plea of guilty to Count Nine ;

That the defendant read, understood, and accepted each and every term and provision within his amended plea agreement, as stated in the originals of Court's Exhibits A and B, which he reviewed carefully and thoroughly with his attorney;

That the amended plea agreement conformed in form and substance to the requirements of law, including The Local Rules of Practice of the United States District Court for the District of Colorado-Criminal;

That on the record considered as a whole, I conclude that I may properly accept the defendant's plea of guilty to Count Nine, which was entered in the context of his plea agreement as stated in Court's Exhibits A and B, and defer formal approval of the plea agreement as stated in Court's Exhibits 1 and 2, as corrected and revised in Court's Exhibits A and B, pending opportunity to consider the presentence report; and

That except as modified and supplemented by these findings of fact and conclusions of law, the **Findings of Fact And Conclusions of Law on the Entry of a Plea of Guilty** [#39] filed November 10, 2010, are ratified.

Dated March 24, 2011, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge